# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2048
LT Case No. 2021-30795-CJCI

_____

C.R., FATHER OF A.D.,
A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Heather Morcroft, Winter Park, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Caitlin E. Burke, Senior Attorney, of Statewide Guardian ad
Litem Office, Tallahassee, for Guardian ad Litem o/b/o A.D.

November 14, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____